**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7182

JACORI ANDRE CARTER,

Plaintiff - Appellant,

v.

BENJAMIN ULEP, "Medical Doctor"; LIEUTENANT WILLIAM; OFFICER
WELLS; OFFICER GAINEY; OFFICER HULL; L. O'NEAL, Nurse; M.
WOODRUFF, Nurse; D. TREIER, Nurse; G. EDWARDS, Nurse; T.
AUSTIN, Nurse; EDWARD CURRY, L.T.; OFFICER REECE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Leonie M. Brinkema,
District Judge. (1:13-cv-01425-LMB-JFA)

Submitted: October 16, 2014          Decided: October 22, 2014

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jacori Andre Carter, Appellant Pro Se.   Elizabeth Martin
Muldowney, RAWLS, MCNELIS & MITCHELL, PC, Richmond, Virginia;
Richard Carson Vorhis, Senior Assistant Attorney General,
Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacori Andre Carter seeks to appeal the district court's order granting in part and denying in part a motion to dismiss filed by two Defendants in Carter's 42 U.S.C. § 1983 (2012) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Carter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED